UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA L. LESTER,  )  <br> Plaintiff,  )  <br> )  <br> v.  )  <br> )  <br> CAROLYN W. COLVIN,  )  <br> *Acting Commissioner of Social Security*,  )  <br> Defendant.  )  <br> ) | **JUDGMENT IN A CIVIL CASE**  <br> **CASE NO. 2:14-CV-14-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's objections to the M&R [D.E. 21] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 16] is DENIED, defendant's motion for judgment on the pleadings [D.E. 17] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on July 10, 2015, and Copies to:**

Angela L. Lester (via U.S. Mail)
Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE <br> July 10, 2015 | JULIE RICHARDS JOHNSTON, CLERK  <br><br>   /s/Crystal Jenkins  <br> By: Deputy Clerk |